NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

06-299

ALISON LABORDE READING

VERSUS

STEVEN READING

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
TWELFTH JUDICIAL DISTRICT COURT
PARISH OF AVOYELLES, NO. 2001-2266-B
HONORABLE WILLIAM J. BENNETT, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

OSWALD A. DECUIR
JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Oswald A. Decuir, Glenn B. Gremillion, and J. David Painter, Judges.

**AFFIRMED.**

Henry H. Lemoine, Jr.
Lemoine & Wampler
607 Main Street
Pineville, LA 71360
(318) 473-4220
Counsel for Plaintiff/Appellant:
    Alison Laborde Reading

Rodney M. Rabalais
Attorney at Law
P. O. Box 447
Marksville, LA 71351
(318) 253-4622
Counsel for Defendant/Appellee:
    Steven Reading